UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAY PREE,

    Plaintiff,                                Case No. 15-cv-10999
                                                   Hon. Matthew F. Leitman

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION
TO COMPEL MORE SPECIFIC ANSWERS TO FIRST
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF
DOCUMENTS, ANSWERS TO SUPPLEMENTAL INTERROGATORIES,
AND ANSWER TO REQUEST FOR INFORMATION ABOUT OTHER
NAMES PLAINTIFF HAS USED AND TO EXTEND ALL DATES 90 DAYS**

This matter having come on for hearing before this Honorable Court, and this Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel More Specific Answers to First Interrogatories and Requests for Production of Documents, Answers to Supplemental Interrogatories, and Answer to Request for Information About Other Names Plaintiff Has Used is granted as follows:

    A.    Within 14 days of the Court's Order, Plaintiff shall provide full, complete, and more specific answers to Defendant's First Set of Interrogatories as to Interrogatory Nos. 3, 5, 6, and 7, and shall provide full, complete, and specific answers to Defendant's Request

       for Production of Documents, specifying in the responses which documents she is relying upon as to each Request and attaching any and all documents responsive to the requests;

    B.    Within 14 days of the Court's Order, Plaintiff shall provide full, complete, and specific answers to Defendant's supplemental interrogatories, including any documents upon which she relies; and

    C.    Within 14 days of the Court's Order, Plaintiff shall provide, in writing, a list of any other names she has used at any time.

**IT IF FURTHER ORDERED** that all dates shall be extended for 90 days. The Court will issue an amended Scheduling Order to reflect the extension of dates.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113